UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.: 2:16-cv-0488-UA-CM

ASHA OSMAN,

Plaintiff,

vs.

STEVEN DEHAAN, individually, KEVIN J. RAMBOSK, as SHERIFF OF COLLIER COUNTY, Florida, and NORTHWOOD HOSPITALITY LLC, a Foreign limited liability corporation,

Defendants.
______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST NORTHWOOD HOSPITALITY, LLC (COUNTS IX-XI)**

**COMES NOW** the Plaintiff, ASHA OSMAN, and Defendant, NORTHWOOD HOSPITALITY LLC, a Foreign limited liability corporation, by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, stipulate to the dismissal of all claims against NORTHWOOD HOSPITALITY, LLC (Counts IX-XI), with prejudice, each party to bear its own costs and attorney's fees.

All other claims and causes of action, including all claims against Defendants STEVEN DEHAAN, individually, and KEVIN J. RAMBOSK, as SHERIFF OF COLLIER COUNTY, Florida, shall continue.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement reached in this case. See *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012).

**DATED** this 4th day of October, 2017.

LUKS, SANTANIELLO,
PETRILLO, & JONES
100 N Tampa Street, Suite 2120
Tampa, FL 33602
Tel: 813/226-0081; Fax: 813/226-0082
Co-Counsel for Defendant, Northwood
Hospitality, LLC
Mkestenbaum@LS-Law.com

s/ Michael H. Kestenbaum
ANTHONY J. PETRILLO, ESQ.
Florida Bar No. 874469
MICHAEL H. KESTENBAUM, ESQ.
Florida Bar No. 767301

COLE, SCOTT & KISSANE, P.A.
27300 Riverview Center Blvd, Suite 200
Bonita Springs, FL 34134
Telephone: (239) 690-7900
Facsimile: (239) 738-7778
Co-Counsel for Defendant, Northwood
Hospitality, LLC
Primary email: ron.campbell@csklegal.com
Secondary email: natalie.staroschak@csklegal.com
Secondary email:angela.hernandez@csklegal.com

By: *s/Audrey M. Fisher, Esq.*
RON M. CAMPBELL, ESQ.
FBN: 0827061
AUDREY M. FISHER, ESQ.
FBN: 102842

By: *s/. Hugh L. Koerner*
Hugh L. Koerner
Florida Bar No.: 716952
Email: hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone: (954) 522-1235
Facsimile: (954) 522-1176
*Attorneys for Plaintiff Asha Osman*