UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASHA OSMAN,

       Plaintiff,

v.                                           Case No: 2:16-cv-488-FtM-38CM

STEVEN DEHAAN, KEVIN J.
RAMBOSK and NORTHWOOD
HOSPITALITY LLC,

       Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Asha Osman and Defendant Northwood Hospitality LLC's Stipulation of Dismissal with Prejudice. (Doc. 53). Osman and Northwood Hospitality stipulate to dismissing all claims against Northwood Hospitality, LLC (Counts IX-XI) provided the Court retains jurisdiction to enforce their settlement agreement. The parties bring their stipulation under Rule 41(a)(2) of the Federal Rules of Civil Procedure, which provides "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

This Court will not enter an order to dismiss a case and retain jurisdiction over a settlement agreement – the terms of which are unknown – that the parties have reached. The parties are free to enter into any settlement agreement in order to resolve this case. But the Court declines to retain jurisdiction to enforce any such agreement.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Asha Osman and Defendant Northwood Hospitality LLC's Stipulation of Dismissal with Prejudice (Doc. 53) is **DENIED**.

(2) The parties shall jointly advise the Court, in writing, on or before **October 10, 2017**, as to how they wish to proceed with this case. **Failure to respond may result in the Court administratively closing this case based on the parties' settlement (Doc. 47).**

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of October 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record