UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Asha Osman, Civ. No. 2:16-488-FtM-PAM-CM

Plaintiff,

v. **ORDER**

Steven Dehaan, individually,
and Kevin J. Rambosk, as
Sheriff of Collier County, Florida,

Defendants.

---

The Court has been informed that this matter has settled.

Accordingly, **IT IS HEREBY ORDERED** that the case is hereby **DISMISSED without prejudice,** subject to the right of the parties to submit a stipulated form of final order or judgment within **SIXTY (60) DAYS** of the date hereof, **or** for any party to move to reopen the action for good cause. After that **SIXTY (60) DAY** period, however, without further notice or order, this dismissal shall be deemed with prejudice and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

Dated: January 30, 2018

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Judge