UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Asha Osman,

Civ. No. 2:16-488-FtM-PAM-CM

Plaintiff,

v.

**ORDER**

Steven Dehaan, individually, and
Kevin J. Rambosk, as Sheriff of
Collier County, Florida,

Defendants.

---

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice. (Docket No. 74.) Pursuant to that Stipulation, **IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**, with each party to bear its own attorney's fees and costs.

**The Clerk shall enter judgment accordingly, terminate all remaining deadlines as moot, and close the file.**

Dated: February 23, 2018

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge